## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:24-CV-342

Plaintiff:
**PATRICK HORSMAN,**

vs.

Defendant:
**BRETT JEFFERSON, RYAN ANDREWS, and ANDREWS LAW FIRM, P.A.,**


LTN2024006431

For:
CHASE LAW & ASSOCIATES, P.A.
1141 71ST STREET
MIAMI BEACH, FL 33141

Received by Wyatt Kady on the 6th day of September, 2024 at 10:38 am to be served on **RYAN ANDREWS, 822 N. MONROE STREET, TALLAHASSEE, FL 32303.**

I, Wyatt Kady, do hereby affirm that on the **9th day of September, 2024** at **5:45 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS and COMPLAINT** with the date and hour of service endorsed thereon by me, to: RYAN ANDREWS at the alternate address of: **1478 MITCHELL AVE, TALLAHASSEE, FL 32303**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: White, Height: 6'3", Weight: 175, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Wyatt Kady
Process Server 249

LIGHTNING LEGAL
Lightning Legal Couriers & Process
9280 Sw 64th St.
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2024006431

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| Patrick Horsman<br><br>*Plaintiff(s)*<br>v.<br>Brett Jefferson, Ryan Andrews,<br>and Andrews Law Firm, P.A.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:24-cv-342<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ryan Andrews
822 N. Monroe Street
Tallahassee, FL 32303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kenneth E. Chase
Chase Law & Associates, P.A.
2700 N. Military Trail, Suite 150
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/28/2024

s/Ronnie Barker, Deputy Clerk

*Signature of Clerk or Deputy Clerk*