UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PATRICK HORSMAN,

    **Plaintiff**,

v.                                                              Case No. 4:24-CV-342

BRETT JEFFERSON,
RYAN ANDREWS, and
ANDREWS LAW FIRM, P.A.,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE MOTION TO DISMISS**

Defendants Ryan Andrews and Andrews Law Firm move for a 7-day extension of time to file a motion to dismiss.

**Local Rule 7.1(B) Certification**

The undersigned hereby certifies that he conferred with opposing counsel who does not object to this motion.

                                                      */s/ Barry Richard*
                                                     Barry Richard (Fla. Bar No. 105599)
                                                     BARRY RICHARD LAW FIRM
                                                     101 East College Avenue Tallahassee, FL  32301
                                                     Telephone: (850) 274-1814
                                                     barryrichard@barryrichard.com

                                                     *Attorneys for Defendants'*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 17, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

/s/ Barry Richard
Barry Richard
*Attorney for Defendants'*