# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

PATRICK HORSMAN,

     Plaintiff,

v.                                  Case No. 4:24-CV-342

BRETT JEFFERSON,
RYAN ANDREWS, and
ANDREWS LAW FIRM, P.A.,

     Defendants.

---

## NOTICE OF APPEARANCE

Please take notice that Barry Richard appears as counsel for Ryan Andrews and Andrews law firm.

/s/ Barry Richard
Barry Richard (Fla. Bar No. 105599)
BARRY RICHARD LAW FIRM
101 East College Avenue Tallahassee, FL 32301
Telephone: (850) 274-1814
barryrichard@barryrichard.com

*Attorneys for Defendants'*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

/s/ Barry Richard
Barry Richard
*Attorney for Bryan Andrews*
*and Andrews Law Firm*

2