# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION


PATRICK HORSMAN,

      Plaintiff,

v.                                 CASE NO. 4:24cv342-RH-MAF

BRETT JEFFERSON et al.,

      Defendants.

_____/


## ORDER OF DISQUALIFICATION


    I disqualify myself from this case.

    SO ORDERED on September 19, 2024.

                         s/Robert L. Hinkle
                         United States District Judge