UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PATRICK HORSMAN,

    Plaintiff,

v.                                          4:24cv342–WS/MAF

BRETT JEFFERSON,
RYAN ANDREWS, and
ANDREWS LAW FIRM, P.A.,

    Defendants.

_____

ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION OF TIME

    Before the court is an unopposed motion (ECF No. 7) for an extension of time filed by Defendants Ryan Andrews and the Andrews Law Firm, P.A. (collectively "Defendants"). Defendants seek a 7-day extension of time to file a motion to dismiss. The court having reviewed the motion, it is ORDERED:

    1. Defendants' motion (ECF No. 7) for an extension of time is GRANTED.

    2. Defendants shall have up to and including September 30, 2024, to file their motion to dismiss.

DONE AND ORDERED this __23rd__ day of ___September___, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE