IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PATRICK HORSMAN,**

    **Plaintiff,**

v.                                                         Case No. 4:24-cv-342-AW-MAF

**BRETT JEFFERSON,**
**RYAN ANDREWS, and**
**ANDREWS LAW FIRM, P.A.,**

    **Defendants.**

_____/

**ORDER CANCELING HEARING AND**
**DENYING WITHOUT PREJUDICE MOTION TO COMPEL**

The court has considered the parties' 36-page joint report regarding their discovery disputes.[1] Although it appears some issues have narrowed, the dispute is not presented in a manner so as to allow for an efficient hearing. The parties do not even agree as to whether certain matters were raised in the pending motion to compel.

I have determined that the best way to proceed is to start anew. The motion to compel (ECF No. 78) is DENIED without prejudice. Within seven days, Plaintiff must file a new motion to compel, which must set out which specific discovery requests it seeks to compel responses to. The motion should be organized around the

---

[1] Had counsel complied with the court's local rules and double-spaced the entire document, *see* N.D. Fla. Loc. R. 5.1(C), it would have been even longer.

1

2

requests—not general topics. Seven days after it is filed, Defendant Jefferson must file a response, which must respond point-by-point. Neither the motion nor the response may exceed twenty pages.

The September 26 hearing is canceled. The court may set a new hearing after reviewing the renewed motion.

Neither side should anticipate an extension of the deadlines imposed in this order.

SO ORDERED on September 24, 2025.

s/ *Allen Winsor*
Chief United States District Judge