UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
TALLAHASSEE DISTRICT

| | |
|---|---|
| PATRICK HORSMAN, | § |
| Plaintiff, | § |
| v. | § Case No. 4:24-cv-00342-AW-MAF |
| BRETT JEFFERSON, | § |
| Defendant. | § |

## DECLARATION OF BRETT JEFFESRON

Brett Jefferson, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge.

2. In or around 2022, I created the email address joeyrocks99@protonmail.com on Proton Mail.

3. I used this email address in 2022 and 2023. To the best of my recollection, I used the email address less than twenty times during that time. Before this lawsuit was filed, I last accessed the email address in 2023. Since that time, I have exclusively used my Hildene email address.

4. I have no other accounts that I use for email. I have a Yahoo account that I use exclusively for fantasy football; I have not used it to send an email since 2016. And I have a Gmail account that I have never used for email and only registered for so that I could use Google products in my home. Accordingly, I did not search these email accounts as part of the document collection, but in an abundance of caution, I have reviewed those accounts and confirmed that I have no record of any communications concerning Patrick Horsman or the events at issue in this lawsuit.

5. Upon learning of this lawsuit, I promptly accessed the Proton Mail email address to identify any emails that were sent or received by the account. When I accessed the email address at that time, I learned that the account no longer had any emails that were sent or received in 2022 or 2023.

6. I did not delete any emails upon accessing the account in 2024. Additionally, I do not recall deleting any emails from the account prior to the filing of this lawsuit. Since learning of the lawsuit, I have preserved all potentially relevant documents in my possession, custody or control. To the best of my understanding, any emails that may have been in the account before the lawsuit was filed would likely have been deleted due to a Proton Mail policy of deleting data associated with any accounts that are inactive for a year or more.

7.   As of today, the only emails in the account are emails from Proton Mail relating to updated terms of service, promotional content, and similar communications, which were received after I accessed the account in 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 7, 2025.

Brett Jefferson

3