## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

Case No. 4:24-cv-342-ACW-MAF

PATRICK HORSMAN,

     Plaintiff,

v.

BRETT JEFFERSON,

     Defendant.

_____/

## <u>DECLARATION OF KENNETH E. CHASE</u>

I, Kenneth E. Chase, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I an attorney licensed to practice law in the State of Florida and admitted to practice before this Court. I am counsel of record for Plaintiff Patrick Horsman in the above-captioned matter.

2.    I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would testify competently thereto.

3.    This declaration is submitted in support of Plaintiff's Motion for Attorneys' Fees and Expenses pursuant to Federal Rule of Civil Procedure 37 and the Court's order granting Plaintiff's motion to compel discovery from Defendant Brett Jefferson.

**Background and Qualifications**

4.      I was admitted to the Florida Bar in 2005 after graduating from Boston University School of Law, and I have been a member in good standing of the Florida Bar since that time. I am also admitted to practice in New York, California, Texas, Maryland, Massachusetts, and the District of Columbia, as well as in the United States District Court for the Northern District of Florida, other United States District Courts, several United States Courts of Appeals, and the United States Supreme Court.

5.      From 2005 to 2008, I served as an Assistant State Attorney. Since then, my practice has focused on complex civil litigation and commercial disputes.

6.      My 2025 hourly rate for this matter is $495 per hour, which is consistent with the prevailing market rate in the Northern District of Florida for attorneys with comparable experience, skills, and reputation handling similar contested federal litigation.

7.      In this case, Plaintiff has also submitted the declaration of Elijah A. Levitt, a former Miami-Dade County Court Judge and experienced Florida practitioner, who opines that a reasonable hourly rate for me in this matter is $495 per hour and that 47.5 hours were reasonably and necessarily expended, resulting in a lodestar of $23,512.50, together with $1,401.64 in expenses and $825.00 in expert fees, for a total of $25,739.14.

8.      I have reduced my hours from 48.6 to 47.5 in accordance with Judge Levitt's opinion, and I have further reduced the request for fees and costs across the board by 8 percent to reflect the 92 percent success rate, as the Court granted Plaintiff's motion to compel on 35 of 38 contested discovery requests.

## Work Performed and Hours Reasonably Expended

9.      In connection with Plaintiff's motion to compel Defendant's discovery responses, I undertook the following categories of work, among others:

- Reviewing Defendant's deficient discovery responses and small document productions.

- Drafting, revising, and serving deficiency correspondence and Rule 37 conferral correspondence.

- Preparing the original motion to compel, including legal research on Rule 37 standards and an application to the arguments made by Defendant's counsel.

- Reviewing Defendant's opposition and moving for leave to file a reply.

- Drafting a joint report, with a high volume of meet and confer correspondence.

- Analyzing case law in response to arguments raised by Defendant's counsel.

- Drafting an amended motion to compel.

- Preparing for and attending the hearing on the motion to compel.

10.    The time spent on these tasks was recorded contemporaneously in my firm's time-keeping system and accurately reflects the work actually performed on this matter.

11.    In preparing the fee request, I reviewed the time entries line-by-line and exercised billing judgment by eliminating or reducing any time that was duplicative, clerical, or not reasonably necessary to obtain and enforce the discovery relief ordered by the Court.

12.    After these reductions, the total reasonable time incurred for work related to the discovery dispute and motion to compel is 47.5 hours at an hourly rate of $495 per hour, for a total of $23,512.50 in fees.

13.    My time records are attached as they appear in the invoices to the client, and the hours shown there are reduced from 48.6 to 47.5 consistent with Judge Levitt's declaration.

14.    I have reviewed those records and confirm that they fairly and accurately describe the work performed and that the time expended for each task is reasonable in light of the issues presented and the relief obtained

## Costs and Expenses

15.    In addition to attorneys' fees, Plaintiff incurred litigation expenses directly related to the motion to compel totaling $1,401.64, which Judge Levitt has opined are reasonable litigation costs for this discovery dispute and appropriately

compensable under Rule 37; these costs consist solely of out-of-pocket travel and lodging.

16.    Judge Levitt devoted 1.5 hours at a rate of $550 per hour to reviewing the materials, evaluating the reasonableness of the requested fees and costs, and preparing his expert declaration, for an additional $825.00 in expert fees.

17.    As summarized in Judge Levitt's declaration, the total amounts reasonably incurred as a result of Defendant's discovery noncompliance are $25,739.14, consisting of $23,512.50 in attorneys' fees and $2,226.64 in costs, including the expert fee.

18.    I am further reducing the fee request by apportioning those fees and costs, reducing them by 8 percent to reflect the 92 percent success rate on the 35 of 38 contested discovery requests, for a total amount sought of $23,680.01, which is 92 percent of the $25,739.14 supported by Judge Levitt.

19.    The hours and rates requested are consistent with the prevailing market rate and with the applicable factors, including the time and labor required, the novelty and difficulty of the issues, the skill required, the customary fee, and the experience and reputation of counsel.

20.    The work performed was necessary to secure Defendant's compliance with his discovery obligations, and Plaintiff obtained the relief sought in the motion to compel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 5, 2026

By:    */s/ Kenneth E. Chase*
       Kenneth E. Chase

# EXHIBIT A

| Date | Time Entry | Hours | Rate | Total | Timekeeper |
|---|---|---|---|---|---|
| 6/25/2025 | Analyze Jefferson's discovery responses. Draft motion to compel relative to each deficiency discovery response. Email to Jefferson's counsel setting up meet and confer call. | 3.6 | $495.00 | $1,782.00 | Kenneth E. Chase |
| 6/27/2025 | Further meet and confer on Jefferson's discovery responses. | 0.4 | $495.00 | $198.00 | Kenneth E. Chase |
| 6/27/2025 | Additional communications about Jefferson's counsel's efforts to evade meet and confer call. | 0.3 | $495.00 | $148.50 | Kenneth E. Chase |
| 7/7/2025 | Follow up regarding meet and confer on Jefferson's discovery deficiencies. | 0.3 | $495.00 | $148.50 | Kenneth E. Chase |
| 7/9/2025 | Prepare for and conduct meet and confer conference via Zoom regarding Jefferson's deficient discovery responses. | 1.3 | $495.00 | $643.50 | Kenneth E. Chase |
| 7/23/2025 | Draft and file motion to compel Jefferson's substantive discovery responses and document production. | 4.8 | $495.00 | $2,376.00 | Kenneth E. Chase |
| 7/25/2025 | Review Jefferson's document production. Email to Jefferson's counsel regarding deficiencies in production. | 3.2 | $495.00 | $1,584.00 | Kenneth E. Chase |
| 7/26/2025 | Second line review of Jefferson's document production. Further meet and confer on deficiencies. | 1.4 | $495.00 | $693.00 | Kenneth E. Chase |
| 8/2/2025 | Analyze opposition to motion to compel. Meet and confer on motion for leave to file reply. | 0.6 | $495.00 | $297.00 | Kenneth E. Chase |
| 8/4/2025 | File motion for leave to file reply brief in further support of motion to compel. | 1.8 | $495.00 | $891.00 | Kenneth E. Chase |
| 8/25/2025 | Analyze supplemental production. Meet and confer communications regarding deficiencies in Jefferson's supplemental production. | 2.3 | $495.00 | $1,138.50 | Kenneth E. Chase |
| 9/3/2025 | Communications with chambers and Jefferson's counsel regarding hearing dates on motion to compel. | 0.2 | $495.00 | $99.00 | Kenneth E. Chase |
| 9/16/2025 | Prepare for and conduct omnibus meet and confer call pursuant to motion to compel. | 2.6 | $495.00 | $1,287.00 | Kenneth E. Chase |
| 9/16/2025 | Correspondence with Jefferson's counsel necessary to make a record of occurrences on the meet and confer zoom. | 1.6 | $495.00 | $792.00 | Kenneth E. Chase |
| 9/18/2025 | Draft joint report on discovery matters. | 4.8 | $495.00 | $2,376.00 | Kenneth E. Chase |
| 9/19/2025 | Revisions to joint report on discovery matters following receipt of Jefferson's counsel's submissions. Finalize and file joint report. | 2.6 | $495.00 | $1,287.00 | Kenneth E. Chase |
| 9/24/2025 | Analyze order from Judge Winsor on discovery matters with procedure for refiling motion to compel. Prepare updated motion to compel. Confer with client regarding same. | 0.2 | $495.00 | $99.00 | Kenneth E. Chase |
| 10/1/2025 | Draft and file revised motion to compel organizing matters by request number. | 5.3 | $495.00 | $2,623.50 | Kenneth E. Chase |
| 10/8/2025 | Analyze opposition filings relative to updated motion to compel. | 0.3 | $495.00 | $148.50 | Kenneth E. Chase |
| 12/8/2025 | Analyze materials and prepare for hearing on motion to compel in Tallahassee. | 2.4 | $495.00 | $1,188.00 | Kenneth E. Chase |
| 12/11/2025 | Analyze printed documents and prepare for hearing on motion to compel pursuant to upcoming hearing in Tallahassee. | 2.8 | $495.00 | $1,386.00 | Kenneth E. Chase |
| 12/12/2025 | Finalize preparations and argue motion to compel in court in Tallahassee. Obtain ruling granting motion to compel on 35 of 38 categories. | 5.8 | $495.00 | $2,871.00 | Kenneth E. Chase |
| | | 48.6 | | $24,057.00 | |
| | | | | | |
| 12/11/2025 | Out-of-town travel, Flight to Tallahassee. | | $483.48 | $483.48 | Kenneth E. Chase |
| 12/11/2025 | Out-of-town travel, Uber to airport on way to Tallahassee. | | $37.15 | $37.15 | Kenneth E. Chase |
| 12/11/2025 | Out-of-town travel, Uber from airport in Tallahassee. | | $30.46 | $30.46 | Kenneth E. Chase |
| 12/12/2025 | Out-of-town travel, Flight from Tallahassee to PBI. | | $509.18 | $509.18 | Kenneth E. Chase |
| 12/12/2025 | Out-of-town travel, Uber from airport. | | $117.61 | $117.61 | Kenneth E. Chase |
| 12/12/2025 | Out-of-town travel, Hotel Tallahassee. | | $223.76 | $223.76 | Kenneth E. Chase |
| | | | | | |
| | | | | $1,401.64 | |
| | | | | | |
| | TOTAL | | | $25,458.64 | |

# EXHIBIT B



## Chase Law & Associates, P.A.

951 Yamato Road
Suite 280
Boca Raton, FL 33431
kchase@chaselaw.com
www.chaselaw.com
O: (305) 402-9800

# INVOICE

| Number | 2856 |
|---|---|
| Issue Date | 9/5/2025 |
| Due Date | 9/5/2025 |

### Bill To:

Patrick Horsman

Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
|  |  |  |  |  |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|



| Time | Kenneth E. | $495.00 | 3.60 | $1,782.00 |
|---|---|---|---|---|
| 6/25/2025 | Chase | | | |
| Analyze Jefferson's discovery responses. Draft motion to compel relative to each deficiency discovery response. Email to Jefferson's counsel setting up meet and confer call. | | | | |

| Time | Kenneth E. | $495.00 | 0.40 | $198.00 |
|---|---|---|---|---|
| 6/27/2025 | Chase | | | |
| Further meet and confer on Jefferson's discovery responses. | | | | |

| Time | Kenneth E. | $495.00 | 0.30 | $148.50 |
|---|---|---|---|---|
| 6/27/2025 | Chase | | | |
| Additional communications about Jefferson's counsel's efforts to evade meet and confer call. | | | | |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| ███ ███ ███████████████ | ███ ██ | ████ | ███ | █████ |
| **Time** 7/7/2025 Follow up regarding meet and confer on Jefferson's discovery deficiencies. | Kenneth E. Chase | $495.00 | 0.30 | $148.50 |
| **Time** 7/9/2025 Prepare for and conduct meet and confer conference via Zoom regarding Jefferson's deficient discovery responses. | Kenneth E. Chase | $495.00 | 1.30 | $643.50 |
| ███ ████ ████████████ | ████ █ | ███ | ██ | ████ |
| ███ ████ ████████████████ ███████ | ████ █ | ███ | ██ | █████ |
| █████ ████ ████████████████ ████████ | █████ | ███ | ██ | ████ |
| ███ ████ ██████████████████ ██████ | ████ | ███ | ██ | ████ |
| ███ ████ ████████████ | ████ █ | ███ | ██ | █████ |
| **Time** 7/23/2025 Draft and file motion to compel Jefferson's substantive discovery responses and document production. | Kenneth E. Chase | $495.00 | 4.80 | $2,376.00 |
| **Time** 7/25/2025 Review Jefferson's document production. Email to Jefferson's counsel regarding deficiencies in production. | Kenneth E. Chase | $495.00 | 3.20 | $1,584.00 |
| **Time** 7/26/2025 Second line review of Jefferson's document production. Further meet and confer on deficiencies. | Kenneth E. Chase | $495.00 | 1.40 | $693.00 |
| **Time** 8/2/2025 Analyze opposition to motion to compel. Meet and confer on motion for leave to file reply. | Kenneth E. Chase | $495.00 | 0.60 | $297.00 |
| **Time** 8/4/2025 File motion for leave to file reply brief in further support of motion to compel. | Kenneth E. Chase | $495.00 | 1.80 | $891.00 |
| ███ ███ ████████████████████ █████████████ | ████ █ | ███ | ██ | ████ |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| ▇▇▇▇ ▇▇ ▇▇▇▇ | ▇▇▇▇▇ | ▇▇▇ | ▇▇ | ▇▇▇ |
| Time<br>8/25/2025<br>Analyze supplemental production. Meet and confer communications regarding deficiencies in Jefferson's supplemental production. | Kenneth E. Chase | $495.00 | 2.30 | $1,138.50 |
| ▇▇ ▇▇ ▇▇▇▇▇▇▇▇ | ▇▇▇▇ ▇▇ | ▇▇▇ | ▇▇ | ▇▇▇ |
| ▇▇ ▇▇ ▇▇▇▇▇▇▇▇ ▇▇ | ▇▇▇▇ ▇▇ | ▇▇▇ | ▇▇ | ▇▇▇ |
| | **Time Entries Total** | | ▇▇▇▇▇▇▇▇ | |

## Expenses



| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|

Expenses Total:

|  |  |
|---|---|
| Total (USD) |  |
| Paid |  |
| Balance |  |

## Terms & Conditions

Payment can be made by credit card or ACH via LawPay secure link:

https://secure.lawpay.com/pages/chaselaw/operating

Payment can be made by check payable to "Chase Law" and sent by mail:

Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431

Payment can be made by wire:

ABA Routing Num
Account Number:
ABA Routing Num
Account Name: Chase Law & Associates, P.A.
Bank Name: Bank of America
Bank Address: 951 Yamato Road, Suite 280, Boca Raton, FL 33431

We appreciate your business.



## Chase Law & Associates, P.A.

951 Yamato Road
Suite 280
Boca Raton, FL 33431
kchase@chaselaw.com
www.chaselaw.com
O: (305) 402-9800

### INVOICE

| Number | 2858 |
|---|---|
| Issue Date | 11/4/2025 |
| Due Date | 11/4/2025 |

### Bill To:

Patrick Horsman

Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Time 9/3/2025 Communications with chambers and Jefferson's counsel regarding hearing dates on motion to compel. | Kenneth E. Chase | $495.00 | 0.20 | $99.00 |
| Time 9/16/2025 Prepare for and conduct omnibus meet and confer call pursuant to motion to compel. | Kenneth E. Chase | $495.00 | 2.60 | $1,287.00 |
| Time 9/16/2025 Correspondence with Jefferson's counsel necessary to make a record of occurrences on the meet and confer zoom. | Kenneth E. Chase | $495.00 | 1.60 | $792.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| **Time**<br>9/18/2025<br>Draft joint report on discovery matters. | Kenneth E. Chase | $495.00 | 4.80 | $2,376.00 |
| **Time**<br>9/19/2025<br>Revisions to joint report on discovery matters following receipt of Jefferson's counsel's submissions. Finalize and file joint report. | Kenneth E. Chase | $495.00 | 2.60 | $1,287.00 |
| **Time**<br>9/24/2025<br>Analyze order from Judge Winsor on discovery matters with procedure for refiling motion to compel. Prepare updated motion to compel. Confer with client regarding same. | Kenneth E. Chase | $495.00 | 0.20 | $99.00 |
| **Time**<br>10/1/2025<br>Draft and file revised motion to compel organizing matters by request number. | Kenneth E. Chase | $495.00 | 5.30 | $2,623.50 |
| | **Time Entries Total** | | **17.30** | **$8,563.50** |

| | |
|---|---|
| Total (USD) | $8,563.50 |
| Paid | $0.00 |
| Balance | $8,563.50 |

## Terms & Conditions

Payment can be made by credit card or ACH via LawPay secure link:

https://secure.lawpay.com/pages/chaselaw/operating

Payment can be made by check payable to "Chase Law" and sent by mail:

Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431

Payment can be made by wire:

ABA Routing Nu ████████████████████
Account Number ████████████████████
ABA Routing Nu ████████████████████
Account Name: Chase Law & Associates, P.A.
Bank Name: Bank of America
Bank Address: 951 Yamato Road, Suite 280, Boca Raton, FL 33431

We appreciate your business.