IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PATRICK HORSMAN,**
Plaintiff,

**v.**                                            **Case No. 4:24-cv-342-AW-MAF**

**BRETT JEFFERSON,**
**RYAN ANDREWS, and**
**ANDREWS LAW FIRM, P.A.,**
Defendants.
_____/

## DECLARATION OF ELIJAH A. LEVITT

Pursuant to 28 U.S.C. § 1746, I, Elijah A. Levitt, declare as follows:

1.      I am over the age of eighteen (18) years old, am of sound mind, and am qualified to give this declaration.

2.      I am an active member of the Florida Bar (Florida Bar # 725560) and duly licensed to practice law in the State of Florida and before the United States District Court in and for the Southern District of Florida. I was admitted as a member of the Florida Bar on April 16, 2004.

3.      I am a former Miami-Dade County Court Judge and presided over county court civil cases from June 11, 2018, through, and including, September 30, 2022. I presided over numerous attorney fee hearings during the four (4) years and three (3) months of my judicial tenure and rendered orders on the reasonableness of attorney fees and costs based on the evidence provided during those hearings.

4.      In reaching my opinion in this case, I have considered the pertinent counsel's time records, the pleadings, the pertinent court docket, filed evidence, American Bar Association Rule 1.5 (2025), the Federal Rules of Civil Procedure, and the legal precedent of *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974).

5.      I was asked to review the reasonableness of the attorney's fees and costs for this matter as to the work conducted by Kenneth Chase, Esq., who was admitted to the Florida Bar on October 31, 2005.

6.      I made the following reductions to counsel's billing as being either not reasonable or non-compensable:

| LINE ITEM | ENTRY | REDUCTION |
|-----------|-------|-----------|
| 7/23/25 | Draft and file motion to compel Jefferson's substantive discovery responses and document production. | -0.7 - Excessive |
| 10/1/25 | Draft and file revised motion to compel organizing matters by request number. | -0.4 - Excessive. |

7.      Per my review, a reasonable hourly rate in the relevant legal community for Kenneth Chase, Esq. for an attorney with such experience, qualifications and skills is $495.00 per hour, as he requested in this case, and that 47.5 hours were reasonable and necessary yielding a lodestar of $23,512.50.

8.      I further find that the reasonable litigation expenses, as permitted by Federal Rule of Civil Procedure 37, are $1,401.64 as requested in the Motion.

9.      Rendering this opinion has taken time away from my law practice and clients for which I am respectfully requesting compensation for my services in this matter. I have worked 1.5 hours to review all pertinent materials and case law and render this opinion. I am charging $550.00 per hour for my services, and the total amount due as of the execution of this declaration is $825.00, which amount should be added to the litigation costs in paragraph 8.

10.     In summation, the total lodestar due from Defendant Brett Jefferson for this discovery matter to Plaintiff Patrick Horsman is $23,512.50 in attorney's fees and $2,226.64 in costs, which amount includes my expert fees, for a total amount due of $25,739.14.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on January 5, 2026.

Elijah A. Levitt, Esq.