UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
TALLAHASSEE DISTRICT

| | |
|---|---|
| PATRICK HORSMAN, <br><br> Plaintiff, <br><br> v. <br><br> BRETT JEFFERSON, <br><br> Defendant. | § § § § § § § § § § § § § § Case No. 4:24-cv-00342-AW-MAF |

## AMENDED DECLARATION OF BRETT JEFFERSON

Brett Jefferson, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my personal knowledge.

2. I am a current resident of the state of North Carolina. My address is 108 Edward Booth Lane, Durham, NC, 27713.

3. Ryan Andrews is an attorney with the Andrews Law Firm, P.A. (collectively, "Andrews"). Andrews have represented me in various matters over the years.

4. In summer 2022, I informed Richard Gorman of the lawsuit titled *Remcoda v. Ridge Hill Trading (PTY) Ltd.*, No. 21-cv-00979 (S.D.N.Y.) ("*Remcoda*"). Since I wrote my prior Declaration, dated August 5, 2025 (ECF 88), I have seen documents disclosed in discovery pursuant to the Court's December 12, 2025 order indicating that I have been aware of *Remcoda* since fall 2021, but I have no independent memory of the lawsuit prior to informing Richard Gorman of it in summer 2022.

5. I requested that Richard Gorman publish an article concerning *Remcoda* on the USA Herald website.

6. Other than informing Gorman of *Remcoda* and requesting that he publish an article on the allegations in the lawsuit, I had no responsibility for writing the Remcoda Article, nor any control over Gorman's publication of the Remcoda Article.

7. On May 27, 2023, I became aware of the lawsuit titled *De Ford v. Koutoulas, et al.*, No. 6:22-cv-00652 (M.D. Fla.) ("*LGBCoin*"), from a press release issued by Zigler Law Group, LLC.

8. I informed Gorman of *LGBCoin* and requested that he publish an article concerning the lawsuit on the USA Herald website.

9. Other than informing Gorman of *LGBCoin* and requesting that he publish an article on the lawsuit, I had no responsibility for writing the LGBCoin Article, nor any control over Gorman's publication of the LGBCoin Article.

10. At all times, it has been my understanding that Richard Gorman has full editorial control over publications by the USA Herald, and that he personally wrote the Articles published by the USA Herald about Horsman. I did not write those Articles or instruct Andrews to do so on my behalf.

11. On August 24, 2023, I emailed Aaron Zigler to discuss my lawsuit against Horsman in Arizona and *LGBCoin* and attached a copy of the complaint I filed against Horsman in *Lev v. Horsman*, Case No. CV2020-012256, in Arizona Superior Court. In that email, I referred to Horsman as a "gem," which was a facetious statement of opinion that referred to my past experience with Horsman as laid out in the *Lev v. Horsman* complaint that I attached.

12. I made no factual statements about Horsman in my email to Zigler and, to the best of my recollection, no phone call between us ever materialized.

13. I did not enter into any agreement with Andrews to defame Horsman or otherwise assist Andrews to accomplish any such defamation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 5, 2026.

Brett Jefferson